**EXHIBIT A**

## CT Corporation

**Service of Process Transmittal**
12/01/2020
CT Log Number 538680201

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Virginia**

FOR: Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Suh Sungmi, Pltf. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Proof(s), Cover Sheet, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Fairfax County Circuit Court, VA<br>Case # CL20200018149 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/02/2020 - Located at 4368 Chantilly Shopping Center Drive, Chantilly, Virginia 20151 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/01/2020 at 14:55 |
| **JURISDICTION SERVED :** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S) / SENDER(S):** | J. Chapman Petersen<br>Chap Petersen & Associates, PLLC<br>3970 Chain Bridge Road<br>Fairfax, VA 22030<br>571-459-2512 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/02/2020, Expected Purge Date: 12/07/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / MD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**

SPS

## COMMONWEALTH OF VIRGINIA
## CIRCUIT COURT OF FAIRFAX COUNTY
### 4110 CHAIN BRIDGE ROAD
### FAIRFAX, VIRGINIA 22030
### 703-691-7320
### (Press 3, Press 1)

Sungmi Suh  vs.  Walmart Stores East LP

CL-2020-0018149

TO:    Walmart Stores East LP
       Serve: CT Corporation System, R/A
       4701 Cox Road Suite 285
       Glen Allen VA 23060

### SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.

Done in the name of the Commonwealth of Virginia, on November 25, 2020.

JOHN T. FREY, CLERK

By: _____
                    Deputy Clerk

Plaintiff's Attorney:  J. Chapman Petersen

**EXHIBIT A**

SPS

**V I R G I N I A :**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

**PROOF OF SERVICE**

**Sungmi Suh**
     **Plaintiff**
**VS**

**Walmart Stores East LP**
     **Defendant**

**CL-2020-0018149**
**Subtype:  Summons/Complaint**
**Serve: Walmart Stores East LP**

STATE OF_____

CITY/COUNTY OF_____, to wit:

     This day _____

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid, and, having been first duly sworn according to law, deposes and states as follows:  that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the ____ day of _____, 20___, at

_____ o'clock ____.m. he/she served the within Complaint,  in person, on the Defendant

_____ at_____

_____

_____ and the Defendant  is / is not  a

resident of the State of Virginia.

_____
             AFFIANT             TITLE

     Subscribed and sworn to before me in my City/County and State aforesaid, this

_____ day of _____, 20_____.

Notary ID #: _____

_____
        NOTARY PUBLIC

My Commission expires:_____

**EXHIBIT A**

## FAIRFAX CIRCUIT COURT
## CIVIL CASE COVERSHEET

2020   18149

**Parties:**

| Plaintiffs | Defendants |
|---|---|
| 1. SUNGMI SUH | 1. WAL-MART STORES EAST, LP |
| 2. | 2. |
| 3. | 3. |

*Plaintiff proceeding without Counsel – Address and Daytime Phone Number required on Complaint

**Plaintiff Attorney:**

| | |
|---|---|
| Name: J. Chapman Petersen, Esq., | Bar ID: 37225 |
| Firm: Chap Petersen & Associates, PLLC | |
| Street: 3970 Chain Bridge Road | |
| City: Fairfax   State: VA   Zip: 22030 | |
| Phone Number: 571-459-2512   Fax Number: 571-459-2307 | |
| E-mail Address: jcp@petersenfirm.com | |

**Nature of Complaint (Check only one)        * Cases in the Civil Tracking Program**

| | | |
|---|---|---|
| Administrative Appeal | Defamation * | Malpractice – Medical * |
| Affirmation of Marriage | Delinquent Taxes * | Mechanics/Vendors Lien * |
| Aid & Guidance | Eminent Domain | Partition * |
| Appeal Decision of Board of Zoning | Encumber/Sell Real Estate | Personal Injury – Assault * |
| Appeal of Process/Judicial Appeal | Erroneous Assessments | Personal Injury – Auto * |
| Appointment Church/Organization Trustees | Expungement | Personal Injury – Emotional * |
| Arbitration | False Arrest/Imprisonment* | ✓ Personal Injury – Premises Liability* |
| Attachment | Fiduciary/Estate Complaint | Property Damage* |
| Complaint – Equity  * | Garnishment–Federal–180 days | Products Liability* |
| ✓ Complaint – Legal Cause of Action * | Garnishment–Wage–180 days | Quiet Title * |
| Compromise Settlement | Garnishment–Other – 90 days | Real Estate * |
| Condemnation* | Guardian/Conservator Adult | Restoration of Driving Privilege |
| Confession of Judgment | Guardianship/Minor | Vital Record Correction |
| Construction  * | Injunction | Writ Habeas Corpus |
| Contract * | Interpleader | Writ Mandamus |
| Conversion* | Insurance * | Wrongful Death* |
| Court Satisfaction of Judgment | Judicial Review | Wrongful Discharge * |
| Declare Death | Malicious Prosecution * | OTHER: |
| Declaratory Judgment * | Malpractice – Legal * | |

Damages in the amount of $ 200,000.00 _____ are claimed.

Requested Service:  Sheriff ☐  Private Process Server ✓  DMV ☐  Secretary of Commonwealth ☐  State Corporation Commission ☐  Publication ☐  No Service at this time ☐

**EXHIBIT A**

VIRGINIA:

FILED
CIVIL INTAKE

2020 NOV 17 PM 3: 33

JOHN T. FREY
CLERK CIRCUIT COURT
FAIRFAX, VA

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY
### Civil Division

| | |
|---|---|
| SUNGMI SUH, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| SERVE: C T Corporation System, | ) |
| Registered Agent | ) |
| 4701 Cox Rd Ste 285 | ) |
| Glen Allen, Virginia 23060 | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

Case No. 2020 18149

## <u>COMPLAINT</u>

COMES NOW, Plaintiff, SUNGMI SUH ("SUH" or "Plaintiff"), by counsel, and for her

Complaint against the Defendant Wal-Mart Stores East, LP ("Walmart" or "Defendant"), alleges

as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Sungmi Suh is a natural person who resides in Fairfax County Virginia.

2. Defendant Wal-Mart Stores East, LP is a Delaware corporation doing business in Virginia,

who own and manage the premises known as Walmart Supercenter located at 4368 Chantilly

Shopping Center Drive, Chantilly, Virginia 20151 ("Chantilly Walmart").

3. This Court has subject matter jurisdiction pursuant to Va. Code § 8.01-328.1.

4. Venue is proper in this Court pursuant to Va. Code § 8.01-262 as the injury occurred in

Fairfax County.

**EXHIBIT A**

## FACTUAL ALLEGATIONS

5.  Around 1 PM, On Saturday, May 2, 2020, Plaintiff, a seventy-three (73) year old woman, with her son visited Chantilly Walmart to buy a few essential items needed.

6.  At the time, due to the Covid-19 pandemic, Plaintiff was wearing a hat, mask, and gloves. Further, Plaintiff was vigilant to maintain social distancing and alertness to her surroundings.

7.  As Plaintiff was turning from the aisle she was walking, she fell over a wooden pallet lying in the corner. As Plaintiff fell, her face and knees slammed the hard surface floor.

8.  The wooden pallet was not visible from the aisle Plaintiff was turning from.

9.  The wooden pallet was empty, and no employees were near the pallet. There were no warning signs of any sort near the wooden pallet. *See* **Exhibit A.**

10. As a result of the fall, Plaintiff sustained serious injuries, including losing her multiple front teeth, and spraining/rupturing ligaments of her knees, arms and shoulders. *See* **Exhibits B and C.**

11. After her injury, Plaintiff's son took her to the claims center within Chantilly Walmart to notified Walmart of the situation and the injures Plaintiff sustained.

12. Upon information and belief, the manager at Chantilly Walmart processed the initial complaint to the claims department.

13. Thereafter, on or about May 4, 2020, Walmart's claims department sent a template email regarding Plaintiff's claim, purportedly claiming that they are reviewing the incident.

14. On or about September 1, 2020, Plaintiff, by undersigned counsel, sent a demand letter to Walmart regarding the incident that occurred on or about May 2, 2020.

15. On or about September 25, 2020, Walmart's claims department conducted a phone interview with Plaintiff to further investigate the incident.

2

**EXHIBIT A**

16. Thereafter, Walmart did not reach out to either Plaintiff or her attorney regarding the incident.

17. Plaintiff, despite her lack of medical insurance, sought the minimal dental care and physical therapies to treat her loss of teeth and constant pain in her knees, arms and shoulders.

18. Further, Plaintiff is currently diagnosed with right knee contusion and right shoulder adhesive capsulitis. Plaintiff was advised to continue at least six weeks of physical therapies and may need a surgery on her knee in the near future. *See* **Exhibits C, D, E and F.**

19. Prior to the incident, Plaintiff, despite her old age, was healthy and had no pre-existing conditions.

20. Solely as a result of the aforementioned incident, Plaintiff has incurred damages, including: (1) medical expenses; (2) an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish; and (3) overall health, and vitality have been greatly impaired.

### COUNT I - NEGLIGENCE

21. Paragraphs 1 through 19 are hereby realleged, reaffirmed, and incorporated herein by reference.

22. At the time of the aforementioned incident, Defendant had actual or constructive knowledge of the wooden pallet in the aisles of its stores.

23. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, and reckless conduct of the Defendant, which consisted inter alia of the following particulars:

    a.  Failing to properly supervise the areas in question so as to furnish to the Plaintiff, a safe aisle, free from hazards which were recognized or should have been

3

**EXHIBIT A**

recognized by Defendant, as causing or likely to cause the serious physical harm to the Plaintiff, and others;

b.  Failing to maintain the areas in question in a safe condition to ensure that Plaintiff would not be caused to slip and fall as a result of the wooden pallet which existed and which was known and should have been known to the Defendant;

c.  Failing to properly inspect the areas in question wherein the Plaintiff was caused to fall as a result of not removing the wooden pallet;

d.  Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

e.  Otherwise failing to exercise the degree of care required under the circumstances; and

f.  Otherwise being negligent.

24. Defendant negligently breached the aforementioned duties by failing to maintain the areas in question in a safe manner; resulting in the incident which injured Plaintiff.

25. Defendant was further negligent in, at the minimum, failing to warn Plaintiff of the latent risks in the areas in question as to give Plaintiff notice of the defect.

26. As a direct and proximate result of Defendant's negligence which directly and proximately caused the incident, Plaintiff sustained serious injuries and damages which include, but are not limited to, medical expenses, physical pain, mental anguish, loss of capacity of enjoyment of life, and the loss of ability to care for loved ones.

**EXH1BIT A**

WHEREFORE, Plaintiff hereby demands judgment against Defendant as follows:

1. Compensatory damages against the Defendant for two-hundred thousand dollars ($200,000.00), interest as provided by law, reasonable attorney fees, and costs;

2. And for other relief as the Court may deem just and reasonable.

**TRIAL BY JURY IS DEMANDED**

Respectfully submitted,

Sungmi Suh
By Counsel

J. Chapman Petersen, Esq., VSB #37225
Won Y. Uh, Esq., VSB # 92574
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030
571.459.2512 (Telephone)
571.459.2307 (Facsimile)
jcp@petersenfirm.com
wyu@petersenfirm.com
*Counsel for Plaintiff*

**EXHIBIT A**

Exhibit A





**EXHIBIT A**

# Active Treatment Plan

**YK Dental Care**
**(703)801-2282**
**SungLi Suh, DOB 08/01/1946**
**05/20/2020**



| Your Right | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Your Left |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

🔲 Existing    🔲 Complete    🔲 Referred Out    🔲 Treatment Planned

| Done | Priority | Tth | Surf | Code | Sub | Description | Fee | DPlan | Pat |
|------|----------|-----|------|------|-----|-------------|-----|-------|-----|
| | | | | D0330 | | panoramic radiographic image | 140.00 | 60.00 | 80.00 |
| | | | | D0140 | | limited oral evaluation - problem focused | 60.00 | 60.00 | 0.00 |
| | 6 | | | D6740 | | retainer crown - porcelain/ceramic | 900.00 | 0.00 | 900.00 |
| | 7 | | | D6740 | | retainer crown - porcelain/ceramic | 900.00 | 0.00 | 900.00 |
| | 8 | | | D6245 | | pontic - porcelain/ceramic | 900.00 | 0.00 | 900.00 |
| | 9 | | | D6740 | | retainer crown - porcelain/ceramic | 900.00 | 0.00 | 900.00 |
| | 13 | | | D7140 | | extraction, erupted tooth or exposed root (elevation and/or forceps removal) | 160.00 | 20.00 | 140.00 |
| | | | | | | Subtotal | 3960.00 | 140.00 | 3820.00 |
| | | | | | | Total | 3960.00 | 140.00 | 3820.00 |

### Family Insurance Benefits

| BenefitName | Primary | Secondary |
|-------------|---------|-----------|
| Family Maximum | | |
| Family Deductible | | |

### Individual Insurance Benefits

| BenefitName | Primary | Secondary |
|-------------|---------|-----------|
| Annual Maximum | | |
| Deductible | | |
| Deductible Remaining | | |
| Insurance Used | | |
| Pending | | |
| Remaining | | |

If you have dental insurance, please be aware that THIS IS AN ESTIMATE ONLY.  Coverage may be different if your deductible has not been met, annual maximum has been met, or if your coverage table is lower than average.



EXHIBIT

B

**EXHIBIT A**

 **CORE**
Physical Therapy & Rehab

# STATEMENT

**CORE Physical Therapy & Rehab., P.C.**

14153 Robert Paris Ct. Ste A. Chantilly, VA 20151
Phone 703-865-6455 Fax 703-649-6455
coreptrehab16@gmail.com

STATEMENT # 12
DATE: 06/18/2020

BILL TO 3810 Lightfoot St Unit105
Chantilly, VA 20151
Patient Name: SUH, SUNG MI (DOB: 08/03/1946)
Patient #: 20061755

| DATE | DESCRIPTION | BALANCE | AMOUNT RECEIVED FROM PATIENT |
|---|---|---|---|
| 06-05-2020 | Evaluation and Treatment (ICD-10: M.25.511) | $ 120.00 | $ 120.00 |
| 06-18-2020 | Treatment | $ 110.00 | $ 110.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | TOTAL AMOUNT RECEIVED FROM PATIENT |
|---|---|---|---|---|---|
| | | | | | $230.00 |

| REMITTANCE | |
|---|---|
| Statement #12 | |
| Date | 06/18/2020 |
| Amount Received | $ 230.00 |
| Amount Enclosed | |

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT
C

**EXHIBIT A**



# CORE
## Physical Therapy&Rehab
**Woo (Brian) Kim, PT, DPT**
**Min Kim, PT, DPT**

### PHYSICAL THERAPY PRESCRIPTION

Patient Name: Suh, Sungmi          Date: 11/3/20

Diagnosis: (R) Knee contusion, (R) shoulder adhesive capsulitis

☑ **Evaluate and Treat**

**Modalities of Choice:**
- ☑ Hot Pack / Ice Pack
- ☐ Ultrasound
- ☐ Electrical Stimulation
- ☐ Phonophoresis / Iontophoresis

**Therapeutic Exercise**
- ☑ Therapeutic Stretches
- ☐ Strengthening Program
- ☐ Aerobic-Endurance Conditioning
- ☐ Proprioceptive-Balance Training

- ☐ Lumbar Stabilization
- ☐ Postural Training
- ☐ Gait Training
- ☐ Work Re-Integration

**Manual Therapy**
- ☑ Soft Tissue Mobilization
- ☑ Myofascial Release
- ☐ Trigger Point Therapy

- ☐ Manual / Mechanical Traction
- ☐ Joint Mobilization

- ☑ Dry Needling
- ☐ Neuromuscular Re-Education

**Additional Comments**

Frequency: 2-3x/w   Duration: 6 wks    _Physician Signature_



**14153 Robert Paris Court**
**Suite A**
**Chantilly, VA 20151**
**Phone: 703.865.6455**
**Fax: 703.649.6455**



EXHIBIT A

SUH SUNG MI
Northern Virginia Orthopaedic
Specialists
Pt ID: 108162
Birth: 8/3/1946
Desc: null / CHEST
Exam Date: 11/3/2020

0:32:1

10 cm.

EXHIBIT

E

DCM

WL7659.1 2199

**EXHIBIT A**

SUH SBXGHRIT A

0.33:1

Northern Virginia Orthopaedic
Specialists
Pt ID: 108162
Birth: 8/3/1946
Desc: null / CHEST
Exam Date: 11/3/2020



W 101761 8192

**EXHIBIT A**

**EXHIBIT A**

SUH SUNG MI
Northern Virginia Orthopaedic
Specialists
Pt ID: 108162
Birth: 8/3/1946
Desc: null / CHEST
Exam Date: 11/3/2020

0.31:1



DCM

**EXHIBIT A**



EXHIBIT A

SUH SUNG MI
Northern Virginia Orthopaedic
Specialists
Pt ID: 108162
Birth: 8/3/1946
Desc: null / LOW EXM
Exam Date: 11/3/2020

0.33:1

10 cm

DCM

EXHIBIT A



**EXHIBIT A**

rthern Virginia Orthopaedic
ecialists
D: 108162
th: 8/3/1996
sc: null / LOW_EXM
am Date: 11/3/2020

0.21:1



**EXHIBIT A**
**Core PT and Rehab**
14153 Robert Paris Ct Ste A
Chantilly, VA 20151-4225
Phone: (703)865-6455
Fax: (703)649-6455

## Physical Therapy
## Initial
## Examination

**Patient Name:** SUH, Sung M.
**Date of Birth:** 08/03/1946
**Referring Physician(s):** Kim, John J. MD

**Visit No.:** 1

**Date of Initial Examination:** 11/05/2020
**Injury/Onset/Change of Status Date:** 05/02/2020  New Injury
**Diagnosis:** ICD10: S80.01XD: Contusion of right knee, subsequent encounter, M75.01: Adhesive capsulitis of right shoulder, M54.5: Low back pain
**Treatment Diagnosis:** ICD10: S80.01XD: Contusion of right knee, subsequent encounter, M25.511: Pain in right shoulder, M25.631: Pain in right wrist, M54.9: Dorsalgia, unspecified, M54.5: Low back pain

### Subjective

**History of Present Condition/Mechanism of Injury:** Tripped over the pallet and fell on the floor at Walmart(05/02/2020)
**Primary Concern/Chief Complaint:** Pt. c/o right shoulder pain, right thoracic pain, Low back pain, right wrist pain, right knee pain, LOM, stiffness. The pains aggravated when prolonged sitting/standing/walking, bending/ turning trunk and neck, standing up, changing position in bed, raising R arm, overhead activity, lifting/carrying objects. Pt states the pain began after tripped over the pallet at Walmart (05/02/20) and stayed at home due to Covid-19 but getting worse recently, also it's very painful with all activity at home.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Self Care:** WFL
   **Changing & Maintaining Body Position:** WFL
   **Mobility: Walking & Moving Around:** WFL
   **Carrying, Moving & Handling Objects:** WFL
**Current Functional Limitations:**
   **Self Care:** Hygiene: Dressing, Bathing; Sleep: Disturbed Sleep, Sleeping Postures; Household Chores - Mild~moderate impairments w/ pain, stiffness

   **Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Seated, Remaining Standing, Standing - Mild~moderate impairments w/ pain, stiffness
   **Mobility: Walking & Moving Around:** Walking: Strolling, Walking on Different Surfaces, Walking Around Obstacles; Moving Around: Jogging; Moving Around in Different Locations: Walking Down the Street; Negotiate Obstacles - Mild~moderate impairments w/ pain, stiffness
   **Carrying, Moving & Handling Objects:** Hand & Arm Use: Pulling Objects, Pushing Objects, Reaching - Mild~moderate impairments w/ pain, stiffness
**Pain Location:** R shoulder, R wrist, R thoracic, Low back, R knee
   **Pain Scale: Worst: 8 Best: 5 Current: 7**
   **Pain Description:** Dull/Achy
   **Pain Follow-up Plan:** check pain level weekly
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**General Health:** Good
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Diagnostic Testing/Imaging:** X-ray
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Over The Counter (Tylenol)
**Patient Goals:** regain normal functional activity w/o pain and weakness

### Objective

__Inspection__

**Patient Consent**
**Patient/Parent/Guardian Consent**          Yes

__Outcome Measurement Tools__

**EXHIBIT**
**F**

**EXHIBIT A**

**Core PT and Rehab**
14153 Robert Paris Ct Ste A
Chantilly, VA 20151-4225
Phone: (703)885-6455
Fax: (703)649-6455

**Physical Therapy
Initial
Examination**

Patient Name: SUH, Sung M.
Date of Birth: 08/03/1948
Document Date: 11/05/2020

---

**Lower Extremity**
Lower Extremity Functional Scale      32/80
**Spine**
Modified Oswestry Low Back Pain       54% disability
**Upper Extremity**
Upper Extremity Quick DASH            50/100

**Observation**
_____

**Comments**        wearing wrist and knee sleeves

**Range of Motion**
_____

| Shoulder AROM | Right | Left |
|---|---|---|
| Flexion | 160 ° | WFL |
| Scaption | WFL | WFL |
| Abduction | 160 ° | WFL |
| Extension | WFL | WFL |
| ER in Neutral Position | 10 ° | WFL |
| IR in Neutral Position | WFL | WFL |
| Horizontal Abduction | WFL | WFL |
| Horizontal Adduction | WFL | WFL |

| Wrist AROM | Right | Left |
|---|---|---|
| Extension | WFL | WFL |
| Flexion | WFL | WFL |
| Radial Deviation | 15 ° | WFL |
| Ulnar Deviation | 10 ° | WFL |

| Lumbar AROM | |
|---|---|
| Forward Bending | Hand Reach to Ankles |
| Backward Bending | 10° |
| Right Rotation | 15° |
| Left Rotation | 15° |
| Right Side Bending | 25° |
| Left Side Bending | 25° |
| Lumbar AROM Comments | performing lumbar movements with increased low back pain |

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | WFL | Not Tested |
| Extension | WFL | Not Tested |

**Comments**        performing right shoulder/ wrist/ knee movements with increased pain

**Strength**
_____

**Gross Muscle Tests Upper**

**Shoulder**

| | Right | Left |
|---|---|---|
| Shoulder Flexion | 3+/5 | Not Tested |
| Shoulder Extension | 4-/5 | Not Tested |
| Shoulder Abduction | 3+/5 | Not Tested |

2 of 5

**EXHIBIT A**

| | | |
|---|---|---|
| **Core PT and Rehab**<br>14153 Robert Paris Ct Ste A<br>Chantilly, VA 20151-4225<br>Phone: (703)865-6455<br>Fax: (703)649-6455 | **Physical Therapy**<br>**Initial**<br>**Examination** | **Patient Name: SUH, Sung M.**<br>**Date of Birth: 08/03/1946**<br>**Document Date: 11/05/2020** |

| | | |
|---|---|---|
| Shoulder Adduction | 4-/5 | Not Tested |
| Shoulder Internal Rotation | 4-/5 | Not Tested |
| Shoulder External Rotation | 3+/5 | Not Tested |

**Wrist**

| | Right | Left |
|---|---|---|
| Wrist Flexion | 4-/5 | Not Tested |
| Wrist Extension | 4-/5 | Not Tested |
| Radial Deviation | 3+/5 | Not Tested |
| Ulnar Deviation | 3+/5 | Not Tested |

**Gross Muscle Tests Trunk**

| | | |
|---|---|---|
| Core Stabilization | Fair | |
| Upper Abdominals | 3+/5 | |
| Lower Abdominals | 3+/5 | |
| | Right | Left |
| Obliques | 3+/5 | 4-/5 |
| Trunk Extensors | 3+/5 | 3+/5 |

**Gross Muscle Tests Lower**

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 4-/5 | Not Tested |
| Knee Extension | 4-/5 | Not Tested |

**Special Tests**

**Ligament Integrity Knee**

| | Right | Left |
|---|---|---|
| Valgus Stress at 0 Knee Flex | Negative | Not Tested |
| Varus Stress at 0 Knee Flex | Negative | Not Tested |
| Anterior Drawer | Negative | Not Tested |
| Posterior Drawer | Negative | Not Tested |
| Pivot Shift | Positive | Not Tested |

| | |
|---|---|
| Comments | Lumbar Quadrant test(Rt+), SLR(R+), Faber Test(-), Frozen Shoulder Test(Rt+), Adhesive Capsulitis Abduction Test(Rt+), Drop Arm(-) Empty Can(-) Full Can Test(-) |

**Palpation**

| | |
|---|---|
| Comments | tender at right latissmus dorsi, right thoracic spinal muscles, right wrist area, right lat/med/superior peri-knee joint |

**Palpation**

| | |
|---|---|
| Right Levator Scapula | Tender with increased tissue tension, involuntary muscle holding (spasms) |
| Left Levator Scapula | Normal |
| Right Upper Trapezius | Tender with increased tissue tension, involuntary muscle holding (spasms) |
| Left Upper Trapezius | Normal |
| Right Middle Trapezius | Tender with increased tissue tension, involuntary muscle holding (spasms) |
| Left Middle Trapezius | Normal |
| Right Lower Trapezius | Tender with increased tissue tension, involuntary muscle holding (spasms) |
| Right Quadratus Lumborum | Painful to Deep Palpation, Tender with increased tissue tension |
| Left Quadratus Lumborum | Normal |

Powered by *WebPT*

**EXHIBIT A**

**Core PT and Rehab**
14153 Robert Paris Ct Ste A
Chantilly, VA 20151-4225
Phone: (703)865-6455
Fax: (703)649-6455

# Physical Therapy
# Initial
# Examination

Patient Name: SUH, Sung M.
Date of Birth: 08/03/1946
Document Date: 11/05/2020

| | |
|---|---|
| Right Sacral Multifidii | Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Right Rotator Cuff Insertion at Greater Tubercle | Localized point of tenderness |
| Right Rotator Cuff Insertion at Lesser Tubercle | Localized point of tenderness |
| Right Posterior Cuff | Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Right Gluteus Maximus | Painful to Light Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Left Gluteus Maximus | Painful to Light Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Right Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Left Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Right ECRB | Painful, Swelling, Tender with increased tissue tension |
| Right "Snuff Box" | Painful, Swelling, Localized point of tenderness |
| Right Hamstrings | Involuntary muscle holding (spasms) |
| Left Hamstrings | Involuntary muscle holding (spasms) |
| Right Quadriceps | Painful to Light Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) |
| Left Quadriceps | Normal |

| | Right | Left |
|---|---|---|
| Lateral Joint Line | Painful to Light Palpation | |
| Medial Joint Line | Painful to Light Palpation | |

## Assessment

**Assessment/Diagnosis:** Pt. c/o R shoulder pain, R wrist, R thoracic pain, Low back pain, R knee pain, LOM, stiffness. It has been getting worse with all ADLs. Patient demonstrated impaired flexibility and mobility of neck, R shoulder/wrist, low back, and R knee. Increased tenderness and spasm @ involved body part. Pt. will benefit from PT to address these deficits and return to PLOF.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Introduce HEP

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Short Term Goals:**

1: (4 Weeks)  | Decreased R shoulder/wrist pain(3~4/10), mid/low back pain(3~4/10), R knee(3~4/10 w/ functional activity
AROM WFL without pain in all planes of R shoulder& wrist, Mid/Low back, R knee
Decreased fxnal impairment 50% than I.E
 Muscle power R shoulder/wrist 4-~4/5; low back 4-/5, r knee 4-~4/5

**Long Term Goals:**

1: (8 Weeks)  | Decreased R shoulder/wrist pain(0~2/10), Mid/Low back pain(0~2/10) w/ functional activity
Muscle power R shoulder/wrist 4~4+/5; Low back 4+/5;R leg 4+/5
Independent with all fxnal activity/Advanced HEP

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Redcord Neurac (Neuromuscular-Activation)), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Dry Needling/Intramuscular Manual Therapy)

**Modalities**

Powered by **WebPT**™

**EXHIBIT A**

**Core PT and Rehab**
14153 Robert Paris Ct Ste A
Chantilly, VA 20151-4225
Phone: (703)865-6455
Fax: (703)649-6455

**Physical Therapy**
**Initial**
**Examination**

Patient Name: SUH, Sung M.
Date of Birth: 08/03/1946
Document Date: 11/05/2020

To Improve (Pain Relief), Electrical Stimulation (Pre-Modulated)

*Brian W Kim*

**Brian W Kim**
**License #2305208494**
*Electronically Signed by Brian W Kim on November 6, 2020 at 12:57 pm*

5 of 5

Powered by *WebPT*